UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William J. Carey

    v.                                                          No. 06-fp-262

Joseph A. Winquay

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-262-SM**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: July 20, 2006

cc:    William J. Carey, *pro se*