UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William J. Carey

       v.                                             06-cv-262-SM

Joseph A. Winguay

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 8, 2006, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed without prejudice. Plaintiff's motions for alternative service are also denied.

SO ORDERED.

February 13, 2007

_____
Steven J. McAuliffe
Chief Judge

cc: William J. Carey, pro se